*ELECTRONICALLY FILED*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-498-JMH

UNITED STATES OF AMERICA                                    PLAINTIFF

v.        **ANSWER OF KENTUCKY HOUSING CORPORATION**

NATISHA R. BARNES, ET AL.                                   DEFENDANTS

\*\* \*\* \*\* \*\* \*\*

Comes the Defendant, Kentucky Housing Corporation (hereinafter "KHC"), by counsel and for its Answer to the Plaintiff's Complaint herein states as follows:

1.  KHC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15 and 16 of the Complaint, and therefore denies same; however, Defendant does not deny matters accurately and properly reflected by public record.

2.  KHC admits only so much of the allegations contained in paragraph 13 of the Complaint insofar as same state that Kentucky Housing Corporation may be claiming an interest in the real property that is the subject of the Complaint because of the Mortgage filed of record in Mortgage Book 790, Page 248, in the Office of the Clerk of Powell County, Kentucky.

3.  Any allegations not expressly admitted herein are hereby denied.

4.  KHC affirmatively pleads that its Mortgage on the real property that is the subject of this Action constitute a valid and enforceable lien with priority as determined by the real estate records of Powell County, Kentucky.

5.  KHC affirmatively reserves the right, including as necessary the right to amend its

answer and response to this action, to assert and/or bring any claims that it may have on the underlying obligations owed to it which are secured by its Mortgage lien, against Defendants, Natisha R. Barnes, and any other individuals who are obligated for the payment of same.

**WHEREFORE**, the KHC demands:

1. That KHC be adjudged to have a valid and enforceable Mortgage lien on real property that is the subject of the Complaint with a priority as determined by the real estate records of the Office of the County Clerk of Powell, Kentucky.

2. That KHC be adjudged to have reserved the right to assert and/or bring any claims that it may have on the underlying obligations owed to it which are secured by its Mortgage lien, against Defendants, Natisha R. Barnes, and any other individuals who are obligated for the payment of same, including any necessary amendments to its answer and/or response to this action.

3. For its costs herein expended, including reasonable attorney fees.

4. For any and all proper relief to which it may now or hereafter appear entitled.

/s/STEPHEN R. SOLOMON
GOLDBERG SIMPSON, LLC
STEPHEN R. SOLOMON
MEGAN P. KEANE
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: (502) 585-8551
Fax: (502) 581-1344
*Counsel for Kentucky Housing Corporation*
ssolomon@goldbergsimpson.com
kyoung@goldbergsimpson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by United States

2

mail, sufficient postage prepaid, this __ day of January, 2018, upon the following:

George Mason Law Firm, PSC
3070 Lakecrest Circle, Ste 400
Lexington, Kentucky 40513.
*Counsel for Plaintiff*

Natisha R. Barnes
Unknown Spouse of
Natisha R. Barnes, if any
301 Shiloh Road
Clay City, Kentucky 40312

/s/STEPHEN R. SOLOMON
STEPHEN R. SOLOMON