```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Civil Case No. |
| v. | ) | 17-cv-498-JMH |
| | ) | |
| NATISHA R. BARNES, et al., | ) | |
| | ) | |
|     Defendants. | ) | **ORDER** |
| | ) | |

*** 

This matter is before the Court on the report and motion of Richard R. Melville, court-appointed Warning Order Attorney for Defendant Unknown Spouse of Natisha Barnes, for fees and costs [DE 13, 14]. The Court having considered the motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED:**

(1) That the Motion [DE 14] be, and the same hereby is, **GRANTED**.

(2) That the Warning Order Report [DE 13] be, and the same is **ACCEPTED**.

(3) That the United States shall pay the customary fee of **$200.00**, in addition to **$12.72** for costs incurred in this action to the named Warning Order Attorney.

(4) That the fees and costs awarded to the named Warning Order Attorney be, and the same hereby are, **TAXED AS COSTS** to this action.

(5) That the named Warning Order Attorney be, and the same hereby is, **DISCHARGED** of further responsibilities in this matter.

This the 17th day of May, 2018.

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge