UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-498-JMH
*Filed Electronically*

In re: 301 Shiloh Road, Clay City, KY 40312

UNITED STATES OF AMERICA                                           PLAINTIFF

VS.

NATISHA R. BARNES, ET AL.                                         DEFENDANTS

### ENTRY OF DEFAULT

\*\*\*\*\*\*\*\*\*

It appearing that the Complaint herein was filed on December 19, 2017, the Defendants, Natisha R. Barnes and the Unknown Spouse of Natisha R. Barnes, have been served via appointment of Warning Order Attorney, and that no answer or other pleading has been filed by said Defendants as required by law:

NOW, THEREFORE, upon request of Plaintiff, default is hereby entered against the Defendants, Natisha R. Barnes and the Unknown Spouse of Natisha R. Barnes, as provided in Rule 55(a), Federal Rules of Civil Procedure.

This the 13th day of June 2018.

ROBERT R. CARR
U. S. DISTRICT COURT CLERK

By: _____
Deputy Clerk